**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRIS B. GRINDLING, | No. 11-17044 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01496-FJM-MHB |
| v. | |
| TODD THOMAS, et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Hawaii state prisoner Chris B. Grindling appeals pro se from the district

court's judgment dismissing his 28 U.S.C. § 2254 petition alleging condition of

confinement claims.  We have jurisdiction under 28 U.S.C. §§ 1291 and 2254.  We

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review de novo, *Jiminez v. Rice*, 276 F.3d 478, 481 (9th Cir. 2001), and we affirm.

Because Grindling should have brought his claims in a civil action under 42 U.S.C. § 1983 rather than as a habeas petition, the district court properly dismissed Grindling's action without prejudice. *See Nelson v. Campbell*, 541 U.S. 637, 643 (2004) ("constitutional claims that merely challenge the conditions of a prisoner's confinement . . . fall outside of [the] core [of habeas relief] and may be brought pursuant to § 1983").

Grindling's remaining contentions are unpersuasive.

**AFFIRMED.**

11-17044